DEFENDANT:       RANDY MOISES DELGADO-PEREZ

AGE/YOB:         1992

COMPLAINT        ___X__ Yes        _____ No
FILED?           If Yes, MAGISTRATE CASE NUMBER: 25-mj-76-CYC

Has defendant been arrested on Complaint?   ___X__Yes ____No
     If no, a new warrant is required.

OFFENSE(S):      Count 1:  Distribution of Tusi, a mixture and substance
                 containing ketamine, in violation of 21 U.S.C. § 841(a)(1) and
                 (b)(1)(E).

LOCATION OF      DENVER COUNTY, Colorado
OFFENSE:

PENALTY:         Count 1:  NMT 10 years imprisonment, $500,000 fine, or both;
                 NLT 2 years' supervised release; $100 SA fee.

AGENT:           L.J. Mims Special Agent, ATF

AUTHORIZED       Garreth Winstead
BY:              Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X  five days or less; __ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is applicable to this defendant.